

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00152-CV

| | | |
|---|---|---|
| JERLENE TIPPETT, Appellant | § | On Appeal from the 67th District Court |
| V. | § | of Tarrant County (067-294418-17) |
| | § | February 20, 2020 |
| SAFECO INSURANCE COMPANY OF INDIANA, Appellee | § | Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We affirm the trial court's order denying Appellant Jerlene Tippett's motion for partial summary judgment. We reverse the trial court's summary judgment as to Appellant Jerlene Tippett's claims for breach of contract, breach of the duty of good faith and fair dealing, fraud, violations of Chapter 541 of the Texas Insurance Code, violations of the Texas Deceptive Trade Practices Act, and violations of the Prompt Payment of Claims provisions of Chapter 542 of the Texas Insurance Code. We remand the case to the trial court for proceedings consistent with this opinion.

It is further ordered that Appellant Jerlene Tippett shall pay one-half of all costs of this appeal and that Appellee Safeco Insurance Company of Indiana shall pay one-half of all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
         Justice Dabney Bassel